MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON LARSON,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Foreign Corporation, d/b/a WALMART #3351; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02287-APG-BNW |

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, SHARON LARSON, by and through her attorneys, MARCUS A. BERG, ESQ., and JOHN C. FUNK, ESQ., of the law firm MOSS BERG INJURY LAWYERS, and Defendants, WALMART, INC., by and through its attorneys, ROBERT K. PHILLIPS, ESQ., AND MEGAN WESSEL, ESQ., of the law firm of PHILLIPS, SPALLAS & ANGSTAD, LLP, hereby stipulate to extend Plaintiff's Response to Defendant's Motion for Summary Judgment from April 10, 2020 to April 17, 2020.

1

It is hereby stipulated that Plaintiff can file their Opposition to Defendant's Motion for Summary Judgment on or before April 17, 2020.

DATED this 10TH day of April 2020.  DATED this 10th day of April 2020.

MOSS BERG INJURY LAWYERS  PHILLIPS, SPALLAS & ANGSTAD, LLP

**/s/ Marcus A. Berg**  **/s/ Megan Wessel**

MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
marcus@mossberglv.com
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN WESSEL, ESQ.
Nevada Bar No. 14131
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
Facsimile: (702) 938-1511
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: April 10, 2020.

_____
**UNITED STATES DISTRICT JUDGE**